UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ALPHUS WOODARD, JR., | ) |
| | ) |
| Plaintiff | ) |
| | ) CAUSE NO. 3:04-CV-409 RM |
| v. | ) |
| | ) |
| WEIL-McCLAIN and 316B LOCAL | ) |
| | ) |
| Defendant | ) |

OPINION AND ORDER

The court ordered Alphus Woodard to show cause why this case should not be dismissed for failure to serve the defendants in accordance with FED. R. CIV. P. 4, and gave notice to him that failing to do so would result in the dismissal of his case. The time frame imposed by the court has passed without any showing by Mr. Woodard, so the court now DISMISSES this action and ORDERS this case closed.

SO ORDERED.

ENTERED: July 24, 2006

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court

cc:   A. Woodard, Jr.